# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2022

*VIA ECF AND EMAIL*
The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The conference is adjourned from May 19, 2022 to June 21, 2022, at 10 a.m. Time is excluded until June 21, 2022, in the interest of justice.

SO ORDERED.

/s/ Alvin K. Hellerstein
May 17, 2022

Re: *United States v. Elizabeth Ramos,* 22 CR 168 (AKH)

Dear Judge Hellerstein:

    With the consent of the government, I write on behalf of Ms. Ramos to seek an adjournment of about 30 days of the next pretrial conference, currently scheduled for May 19, 2022. I still am reviewing the discovery with Ms. Ramos. Additionally, in the next couple of weeks, I anticipate engaging in plea discussions with the government. In light of the nature of this request, Ms. Ramos consents to the exclusion of time for speedy trial purposes until the adjourned date.

    Thank you.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSAs Kevin Mead/Marguerite Colson (via ECF)